# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JERMEL ROBERTSON**
        **Petitioner,**

  v.                                         **Case No. 25-CV-946**

**UNITED STATES OF AMERICA**
        **Respondent.**

## ORDER

On July 2, 2025, petitioner Jermel Robertson filed a motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A), the "compassionate release" statute, using the AO form designed for federal prisoners bringing such motions pro se. The matter was assigned to Magistrate Judge Duffin, who, on July 8, 2025, issued a recommendation that the motion and this action be dismissed without prejudice. Judge Duffin noted that, according to the filing, petitioner is a state prisoner in custody pursuant to a state court judgment; § 3582(c)(1)(A) applies to federal sentences. Judge Duffin advised petitioner that any objection to the recommendation needed to be filed within 14 days, and that failure to timely object waived the right to appeal.

On July 11, 2025, petitioner filed a letter bearing Case No. 25-CV-946. However, the letter addresses a previous habeas corpus action handled by Judge Ludwig and a request to file a second or successive habeas petition.[1] The letter alleges flaws in petitioner's state court

---

[1] According to the appellate docket, petitioner filed in the Seventh Circuit an application for an order authorizing the district court to consider a second or successive petition for collateral review under 28 U.S.C. Section 2254. The court of appeals denied that application. Robertson v. Johnson, No. 25-1953 (7th Cir. June 9, 2025). The court of appeals also dismissed petitioner's appeal of Judge Ludwig's order in the initial habeas action. Robertson v. Johnson, No. 25-1732 (7th Cir. June 11, 2025).

sentence but says nothing about Judge Duffin's recommendation or the merits of the compassionate release motion petitioner filed in this case.

Petitioner has failed to file the "specific written objections" to the recommendation required by Fed. R. Civ. P. 72(b)(2). Further, Judge Duffin was clearly correct in concluding that relief under 18 U.S.C. § 3582(c)(1)(A) is unavailable for state prisoners serving sentences pursuant to state court judgments.

**THEREFORE, IT IS ORDERED** that the recommendation (R. 4) is adopted, and the petition (R. 1) and this action are dismissed without prejudice. The clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2025.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge